In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 8,325 issued to Charles J. Volckening.—Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ., concurred.

In the Matter of the Application of Joseph Soriano, Appellant, for a Writ of Habeas Corpus. James Kane, Warden of the City Prison of the City of New York, Borough of Brooklyn, County of Kings, Respondent.—Order dismissing writ and remanding the defendant affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Maria Johnson, as Administratrix, etc., of Carl A. Johnson, Deceased, Respondent, v. Otis Elevator Company, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Frank Keenan, Appellant, v. Morris Milk, Respondent, and Alexander Milk, Defendant.—The matters alleged in the "first separate defense" in the answer of defendant Morris Milk do not constitute a defense to the cause of action set forth in the complaint. These matters were provable under the denials of the answer, and it was not proper pleading to set them up as an affirmative defense. Therefore, the motion of plaintiff to sustain his demurrer to these matters when pleaded as a defense should have been granted. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Ove Lange, Respondent, v. Edward P. Morse, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ., concurred.

Florence Deems Magee, Respondent, v. Belmont Burdette Magee, Appellant.— Order modified by reducing the amount of the alimony to $60 per month, and the counsel fee to $300; and as so modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ., concurred.

John Martin, Appellant, v. Audley Clarke, Respondent.— Order sustaining demurrer, and judgment entered thereon, affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Charles H. Niehaus, Appellant, v. Patrick McNulty, Respondent.—Judgment and order of the City Court of New Rochelle reversed and a new trial ordered, costs to abide the event. The evidence clearly establishes